199 So. 906

### John BAKER v. STATE.
### 8 Div. 47.

Court of Appeals of Alabama.
Nov. 12, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

195 So. 906

### George BARKER and Clifford McGowan v. STATE.
### 4 Div. 569.

Court of Appeals of Alabama.
April 9, 1940.

Thos. S. Lawson, Atty. Gen., and Wm. H. Loeb, Asst. Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed as to both appellants.

196 So. 899

### Frank BARKSDALE v. STATE.
### 6 Div. 617.

Court of Appeals of Alabama.
May 14, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.

193 So. 883

### Crystall BARNES v. STATE.
### 7 Div. 475.

Court of Appeals of Alabama.
Jan. 16, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.
Appeal dismissed.

199 So. 906

### Emory BARNETT v. CITY OF TUSCALOOSA.
### 6 Div. 673.

Court of Appeals of Alabama.
Nov. 28, 1940.

PER CURIAM.
Appeal dismissed, want of prosecution.

196 So. 899

### Garvis BARNETT v. STATE.
### 6 Div. 500.

Court of Appeals of Alabama.
April 30, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.